**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GANDY SETIADY,

        Plaintiff,

vs.                                                     Case No. 3:11-cv-1146-J-32MCR

U.S. BANK NATIONAL ASSOCIATION,
INC., et al.,

        Defendants.

## ORDER

This case is before the Court on Plaintiff's Second Amended Complaint (Doc. 10) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 11), recommending that the case be dismissed without prejudice to Plaintiff filing a paid complaint. No objections were filed and the time in which to do so has now passed.

Upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 11), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 11) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. **No later than March 28, 2012,** the plaintiff shall pay the filing fee to

continue the prosecution of this case.  **Plaintiff's failure to pay the filing fee by the March 28, 2012 deadline will result in dismissal of this case without prejudice without further notice.**  The Clerk shall close the file now subject to reopening if plaintiff pays the filing fee.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of March, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se parties